UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS DAIDONE,
                        Petitioner,                  08 Civ. 3825

    -against-                                      **ORDER**

UNITED STATES OF AMERICA,
                        Respondent,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

**Richard M. Berman, U.S.D.J.:**

Following the Court's memo endorsement of May 7, 2008, Counsel for Petitioner submitted to the Court a letter, dated May 9, 2008, advising the Court that Petitioner requests that the Court consider only the Petition filed under docket number, 08 civ 2545, and not the pro se petition addressing the same subject matter, it is hereby

**ORDERED**, the above-entitled pro se action be, and the same hereby is, dismissed.


Dated: New York, New York
       May 12, 2008

*RMB*
**Richard M. Berman, U.S.D.J.**